UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges Plaintiff's Motion to Dismiss with Prejudice, dkt. 7. JPH, 6/21/2022 Distribution via ECF.

| | |
|---|---|
| **Stacy Cox,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No.: 1:22-cv-760-JPH-MJD |
| **Key 2 Recovery, Inc.,** | ) |
| **Defendant.** | ) |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, by counsel, due to having settled the issues of the above-referenced action with the Defendant, herein moves this Court to dismiss this cause of action with prejudice, with each party being responsible for its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

Respectfully submitted,

 /s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
5214 S. East St., Ste. D1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
john@johnsteinkampandassociates.com